# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| Richard Thomas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-2169-HFF |
| | ) | |
| Matrix System Automotive Finishes LLC, Ken Carroll | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: Defendants Matrix System Automotive Finishes LLC and Ken Carroll's Motion to Compel Arbitration and to Dismiss be granted.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on a motion for to compel arbitration and to dismiss.

Date: January 14, 2010

*CLERK OF COURT*

s/Angela Lewis

*Signature of Clerk or Deputy Clerk*